IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD HAYWOOD PAYNE, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-569 |
| | : | |
| THE GALMAN GROUP and SEDGWICK STATION APARTMENTS | : | |

## ORDER

**AND NOW**, this 29th day of March, 2022, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (ECF No. 15) and Plaintiff Edward Haywood Payne Jr.'s opposition (ECF No. 17), it is HEREBY ORDERED the Motion (ECF No. 15) is GRANTED and the Amended Complaint is DISMISSED without prejudice.

It is FURTHER ORDERED that the previous Motion to Dismiss (ECF No. 5), which was based on the Original Complaint (ECF No. 1) is DISMISSED AS MOOT.

A memorandum is attached.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.